WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED
JAN 21 2011

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**GALE GUNDERSON,**                                   CV # 08-183-BR

    Plaintiff,

vs.                                                         ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

A supplemental award of attorney fees in the amount of $1,014.88 is hereby granted to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Subject to offset under the Treasury Offset Program (if any), the check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 21st day of January, 2011.

_____
United States District Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1